IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BLUE FIN TANKERS INC., <br>             Plaintiff, <br><br> v. <br><br> VALERO MARKETING AND SUPPLY COMPANY, *Defendant* | C.A. No. 3:19-cv-03055 |

## NOTICE OF SETTLEMENT AND REQUEST TO HOLD DOCKET CONTROL ORDER IN ABEYANCE

Plaintiff Blue Fin Tankers Inc. ("Plaintiff" or "Blue Fin"), by and through its attorneys, Holland & Knight LLP, submits with consent from defendant Valero Marketing and Supply Company ("Defendant" or "Valero") (Blue Fin and Valero, collectively, the "Parties") this notice of settlement and request to hold the Docket and Control Order (Dkt. # 25) in abeyance for forty five (45) days.

## BACKGROUND

1. The Court issued a Docket Control Order on October 25, 2019 (Dkt. # 11) setting discovery and motion deadlines, which Docket Control Order was amended on June 18, 2020 (Dkt. # 18), September 1, 2020. (Dkt. # 23), and December 11, 2020 (Dt. # 25).

2. The Parties are pleased to report that they have reached a settlement in principle in this matter. The Parties are currently in the process of memorializing their settlement in writing, and anticipate that a written agreement will be fully executed and completed in the coming weeks.

The Parties' settlement contemplates Plaintiff voluntarily dismissing this action upon execution of a written settlement agreement and Defendant's performance of the term thereof.

3. In light of these developments, the Parties request that the current dates and deadlines in the Docket Control Order (Dkt. # 25) be held in abeyance for a period of forty five (45) days, during which time the Parties anticipate a written settlement agreement will be executed and this action will be voluntarily dismissed.

4. In the event that this matter is not voluntarily dismissed by February 3, 2021, the Parties will submit a joint status report.

## **CONCLUSION**

For all of the reasons stated herein, Plaintiff Blue Fin requests that the current dates and deadlines in the Docket Control Order (Dkt. # 25) be held in abeyance for a period of forty five (45) days.

Date: December 23, 2020

HOLLAND & KNIGHT LLP

_____s// *James Power*_____

James H. Power
State Bar No. 24026397
Federal I.D. No. 433050

Holland & Knight LLP
1100 Louisiana Street Suite 4300
Houston, Tx 7700

*Attorneys for Blue Fin Tankers Inc.*

## CERTIFICATE OF CONFERENCE

I, James H. Power, counsel for Plaintiff, and counsel for Defendant, Kip S. Brar, have conferred on this notice and requests for an abeyance on December 23, 2020 and Defendant consent.

*/s/ James H. Power*
James H. Power

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on December 23, 2020, a true and correct copy of the foregoing document was served via the Court's electronic filing system upon the following:

Kip S. Brar
NICHOLS BRAR WEITNER & THOMAS LLP
P.O. Box 920837
Houston, Tx. 77292
ebrar@micholsbrar.com

*Counsel for Valero Marketing and Supply Company*

*/s/ James H. Power*
James H. Power