IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BLUE FIN TANKERS INC.,<br>          Plaintiff,<br><br>v.<br><br>VALERO MARKETING AND SUPPLY COMPANY,<br>          Defendant. | C.A. No. 3:19-cv-03055 |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

The parties have reached a settlement disposing of all claims brought by Plaintiff Blue Fin Tankers Inc. against Defendant Valero Marketing and Supply Company. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1(ii), it is hereby stipulated by Plaintiff and Defendant that the above captioned action against Defendant be dismissed with prejudice.

Date:   February 10, 2021

HOLLAND & KNIGHT LLP

    s// *James Power*

James H. Power
State Bar No. 24026397
Federal I.D. No. 433050

Holland & Knight LLP
1100 Louisiana Street Suite 4300
Houston, Tx 7700

*Attorneys for Blue Fin Tankers Inc.*

**CERTIFICATE OF CONFERENCE**

I, James H. Power, counsel for Plaintiff, and counsel for Defendant, Kip S. Brar, have conferred on this notice and requests for an abeyance on February 10, 2021 and Defendant consent.

                                                    */s/ James H. Power*
                                                    James H. Power

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on February 10, 2021, a true and correct copy of the foregoing document was served via the Court's electronic filing system upon the following:

Kip S. Brar
NICHOLS BRAR WEITNER & THOMAS LLP
P.O. Box 920837
Houston, Tx. 77292
ebrar@micholsbrar.com

*Counsel for Valero Marketing and Supply Company*

                                                    */s/ James H. Power*
                                                    James H. Power