IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BLUE FIN TANKERS INC.,<br>　　　　Plaintiff,<br><br>v.<br><br>VALERO MARKETING AND SUPPLY COMPANY,<br>　　　　Defendant. | C.A. No. 4:19-cv-03055 |

## ORDER OF DISMISSAL

The matter coming to be heard on the Parties' Stipulation of Voluntary Dismissal, the Court having reviewed the Stipulation, and being duly advised, it is HEREBY ORDERED THAT:

1. The above-captioned matter is dismissed with prejudice; and

2. Each party shall bear its own costs and attorneys' fees in connection with this action.

IT IS SO ORDERED

SIGNED on February 10, 2021, at Houston, Texas

　　　　　　　　　　　　　　　　　　　　　Sim Lake
　　　　　　　　　　　　　　　　　　　　　United States District Judge